1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JEFFREY B. SCHENK (CABN 234355)
   Assistant United States Attorney
5
       150 South Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-2695
7      E-mail: jeffrey.b.schenk@usdoj.gov

8  Attorneys for Plaintiff

**FILED**

JAN 2 2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,          )   No.    CR 12-00888-DLJ
14                                     )
          Plaintiff,                   )   STIPULATION AND [PROPOSED]
15                                     )   ORDER EXCLUDING TIME FROM
       v.                              )   JANUARY 17, 2013 TO FEBRUARY
16                                     )   7, 2013 FROM THE SPEEDY TRIAL
   JOHN GERINGER,                      )   ACT CALCULATION (18 U.S.C. §
17 CHRISTOPHER LUCK, and              )   3161(h)(7)(A))
   KEITH RODE,                         )
18                                     )
          Defendants.                  )
19                                     )
   _____)
20

21         On January 17, 2013, the parties appeared for a hearing before this Court. At that

22  hearing, the government and defense requested an exclusion of time under the Speedy Trial Act

23  based upon continuity of counsel as well as each defense counsel's need to effectively prepare

    by reviewing discovery materials provided by the government. At that time, the Court set the
24
    matter for a hearing before Judge Lloyd on February 7, 2013.
25
           The parties stipulate that the time between January 17, 2013 and February 7, 2013 is
26
    excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the
27
    requested continuance would unreasonably deny defense counsel reasonable time necessary for
28
    effective preparation, taking into account the exercise of due diligence. Finally, the parties agree

                                              1

that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §3161(h)(7)(A).

DATED: January 22, 2013    MELINDA HAAG
           United States Attorney

           ___/s/_____
           Jeff Schenk
           Assistant United States Attorney

           ___/s/_____
           Wm. Michael Whelan
           Attorney for Mr. Geringer

           ___/s/_____
           Jeanne DeKelver
           Jahan Raissi
           Attorneys for Mr. Luck

           ___/s/_____
           Mark Arnold
           Attorney for Mr. Rode

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between January 17, 2013 and February 7, 2013 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 1/22/13

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE