UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,   No. CR 12-00888

Plaintiff,

v.                          **ORDER - CJA CONTRIBUTIONS DUE**

Christopher Luck

Defendant.
_____/   **FILED**

It appearing that the defendant is financially able to contribute to the cost of his JAN 22 2013 representation under the Criminal Justice Act, 18 U.S.C.§3006(A).

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IT IS HEREBY ORDERED THAT:

[X]  THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $250— PER MONTH, until the case is concluded or until further order of the Court, commencing:

[ / ] That certain date of Feb 10, 2013 and the SAME DAY each month thereafter;

[X] MAIL TO:   Clerk, U.S. District Court
              280 South First Street, Room 2112
              San Jose, CA 95113-3095

[ ]  THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF

$_____, DUE BY _____.

[ ] MAIL TO:   Clerk, U.S. District Court
              280 South First Street, Room 2112
              San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED: 1/22/13

_____
Howard R. Lloyd, U.S. Magistrate Judge