UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER LUCK,<br>　　　　　　Defendant. | Case No.: 12-CR-00888-LHK<br><br>ORDER RE: INCREASE OF CJA CONTRIBUTIONS DUE |

It having been determined that the defendant is financially able to contribute a higher amount to the cost of his representation under the Criminal Justice Act, 18 U.S.C. §3006(A).

IT IS HEREBY ORDERED THAT:

The defendant is liable for an increased contribution of $450.00 per month beginning September 10, 2013, and the same day each month thereafter, until the case is concluded or until further order of the Court, mailed to: Clerk, U.S. District Court, 280 S. First Street, Room 2112, San Jose, CA 95113-3095. Please indicate that this is a CJA payment and include the case number with each payment.

Dated: August 8, 2013

　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 12-CR-00888-LHK
ORDER RE: INCREASE OF CJA CONTRIBUTIONS DUE FOR CHRISTOPHER LUCK