UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN GERINGER,<br><br>  Defendant. | Case No.: 12-CR-00888-LHK<br><br>ORDER RE: CJA CONTRIBUTIONS DUE |

It having been determined that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C. §3006(A).

IT IS HEREBY ORDERED THAT:

The defendant is liable for a contribution of $100.00 per month commencing September 1, 2013 and the same day each month thereafter, until the case is concluded or until further order of the Court, mailed to: Clerk, U.S. District Court, 280 S. First Street, Room 2112, San Jose, CA 95113-3095. Please indicate that this is a CJA payment and include the case number with each payment.

Dated: August 8, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CR-00888-LHK
ORDER RE: CJA CONTRIBUTIONS DUE FOR JOHN GERINGER