Wm. Michael Whelan, Jr., ESQ. (CA Bar No. 112190)
95 S. Market Street, Suite 300
San Jose, California  95113
(650) 319-5554 telephone
(4150 874-7082 facsimile
whelanlaw@gmail.com

Attorney for Defendant
JOHN GERINGER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JOHN GERINGER,<br><br>     Defendant. | Case No. CR-12-888-EJD<br><br>**STIPULATION AND PROPOSED ORDER TO MODIFY GERINGER'S BAIL**<br><br>Courtroom: 2<br>Mag. Judge: Howard R. Lloyd |

The United States and defendant John Geringer hereby agree and stipulate to modification of his current bail to allow United Northern Mortgage Bankers, Ltd., a home equity financing lender, to secure its loan with a first deed of trust on the subject real property and to subordinate the Clerk of the Court's bail security lien to a second deed of trust.

On February 12, 2013, this Court set conditions for release of Mr. Geringer that included a $1,000,000 bond; the Court designated $750,000 as an unsecured signature bond, and the Court required that the $250,000 balance be secured by real property.  On

February 13, 2013, defendant's parents Glen and Arlene Geringer executed a first deed of trust to their residence in the amount of $250,000 in favor of the Clerk of this Court. This residence is now appraised at $865,000.00 current market value. Since the initial bail conditions were set, defendant's father Glen Geringer, has undergone invasive cardiac bypass surgery and follow-up care, including care for complications. Some of his treatments are covered by insurance and some are not. Glen Geringer's ability to continue working has been altered and his needs for money for medical expenses and living have increased. Under these circumstances, defendant's parents have qualified for a home equity loan in the amount of $186,000.00. The lender will United Northern Mortgage Bankers, Ltd. and the loan will be secured by a first deed of trust on the parent's residence. The Clerk of the Court bail security lien will now be secured by a second deed of trust. There will still be approximately $429,000.00 of home equity remaining unencumbered.

DATED: May 12, 2014                    MELINDA HAAG
                                       United States Attorney


                                       /s/
                                       ─────────────────────────
                                       JEFFREY B. SCHENCK
                                       Assistant United States Attorney


                                         /s/
                                       ─────────────────────────
                                       WM. MICHAEL WHELAN, JR.
                                       Counsel for Defendant

## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the Clerk of the Court subordinate its $250,00.00 bail security lien for defendant John Geringer's bail, from a first deed of trust to a second deed of trust, to the United Northern Mortgage Bankers, Ltd. in the amount of $186,000.00.

IT IS SO ORDERED.

DATED:_____

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE