LAW OFFICE OF JAY A. NELSON
JAY A. NELSON, Cal. Bar No. 258431
818 SW 3rd Avenue, No. 221-3534
Portland, OR 97204
Telephone: 971.319.3099
jay@jayanelson.com

Attorney for Defendant/Appellant
JOHN GERINGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC Case No. 12 Cr. 888 EJD |
| Plaintiff/Appellee, | USCA Case No. 15-10353 |
| v. | MEMORANDUM IN FURTHER SUPPORT OF RENEWED MOTION FOR RELEASE FROM CUSTODY |
| JOHN GERINGER, | Before the Honorable Edward J. Davila United States District Judge |
| Defendant/Appellant. | |

1  John Geringer respectfully submits this memorandum to apprise the Court that on Friday, December 16, 2016, the deadline to petition the Ninth Circuit for rehearing expired, and the United States did not file a petition. *See United States v. Geringer*, USCA No. 15-10353. So too, the government filed no opposition to Mr. Geringer's renewed motion for release from custody (ECF No. 244) within the time prescribed by Criminal Local Rule 47-2(d), *i.e.*, by Wednesday, December 14, 2016. On the record in this case, Mr. Geringer contends there is no proper legal or factual basis to deny him bail pending sentencing—nor has the government identified one—and he therefore respectfully asks the Court to grant his renewed motion for release from custody at this time.

Respectfully submitted,

DATED: December 19, 2016        LAW OFFICE OF JAY A. NELSON

*/s/ Jay A. Nelson*
JAY A. NELSON
818 SW 3rd Avenue, No. 221-3534
Portland, OR 97204

Attorney for Defendant/Appellant
JOHN GERINGER

**PROOF OF SERVICE**

I, Jay A. Nelson, certify that on December 19, 2016, I served all parties in this matter by filing the foregoing pleading electronically, as set forth by Local Rule 5-1.

Dated: December 19, 2016            */s/ Jay A. Nelson*
                                    JAY A. NELSON